UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24138-CIV-UNGARO

PEDIATRIC NEPHROLOGY
ASSOCIATES OF SOUTH FLORIDA,
ANSELMO CEPERO, M.D., and ANA PAREDES, M.D.,

    Plaintiffs,

v.

VARIETY CHILDREN'S HOSPITAL f/k/a
MIAMI CHILDREN'S HOSPITAL d/b/a
NICKLAUS CHILDREN'S HOSPITAL,
PEDIATRIC SPECIALTY GROUP, INC.,
FELIX RAMIREZ-SEIJAS, M.D.,
NARENDRA KINI, M.D., and LEONARD FELD, M.D.,

    Defendants.
_____/

## PLAINTIFFS' RULE 26(a) EXPERT DISCLOSURE

    Plaintiffs PEDIATRIC NEPHROLOGY ASSOCIATES OF SOUTH FLORIDA, ANSELMO CEPERO, M.D., and ANA PAREDES, M.D., by and through their counsel and pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (C), hereby provide the following expert disclosure:

**I.**     **Rule 26(a)(2)(A): Disclosure of Expert Witness.**

    George MacConnell
    Chief Financial Officer
    Pediatric Nephrology Associates of South Florida
    3200 SW 60th Court
    Miami, FL 33155

**II.    Rule 26(a)(2)(C):  Subject Matter and Summary of Facts and Opinions to Which Witness Is Expected to Testify.**

Mr. MacConnell, the Chief Financial Officer of Plaintiff Pediatric Nephrology Associates of South Florida ("PNASF"), will be testifying as a fact witness in this case, including but not limited to testifying on the subject of damages suffered by the Plaintiffs as a consequence of the misconduct alleged in Plaintiffs' Second Amended Complaint.  To the extent the witness' testimony relies on his qualifications, experience, expertise and analysis as a Certified Public Accountant and businessman, Plaintiffs designate him as an expert.  As set forth above, the subject matter of this aspect of his testimony will include the damages incurred by the Plaintiffs as a result of Defendants' misconduct, including the Defendants' unjust enrichment, the Plaintiff's lost profits, contract damages, and damages to the brand, goodwill and value of the partnership.

The facts and opinions to which the witness is expected to testify, in summary, are that the Defendants' misconduct has caused economic damage to the Plaintiffs in the form of lost profits, profits unjustly obtained by the Defendants that should be disgorged, amounts that should have been paid to the Plaintiffs by contract but were not, and damages to the brand and goodwill of the Plaintiffs and their partnership, which have essentially been destroyed by the Defendants' misconduct.  Plaintiffs are still seeking information through discovery to quantify the Defendants' unjust enrichment and improperly obtained profits, and the corresponding lost profits of the Plaintiffs.  The contract damages, based on present information, are in excess of the $50,530.10 annual amount related to the wrongly terminated teaching agreement.  The lost value from the destruction of the partnership, based on its historical revenues, is approximately $2 million, based on present information.

Respectfully submitted,

By: */s/ Kevin C. Kaplan*
**Kevin C. Kaplan, Esq.**
Florida Bar No. 933848
kkaplan@coffeyburlington.com
lperez@coffeyburlington.com
service@coffeyburlington.com
**Scott Hiaasen, Esq.**
Florida Bar No. 103318
shiaasen@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261

*Counsel for Pediatric Nephrology Associates of South Florida, Anselmo Cepero-Akselrad, M.D. and Ana Paredes, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail, on June 30, 2017, on all counsel or parties of record on the Service List below.

*/s/ Kevin C. Kaplan*
Kevin C. Kaplan

## SERVICE LIST
*Pediatric Nephrology Associates of South Florida, et al. v. Variety Children's Hospital, et al.*
**Case No. 16-24138-CIV-UNGARO**

| | |
|---|---|
| **Jerome W. Hoffman, Esq.**<br>jerome.hoffman@hklaw.com<br>jennie.shiver@hklaw.com<br>**Laura B. Renstrom, Esq.**<br>laura.renstrom@hklaw.com<br>HOLLAND & KNIGHT LLP<br>50 North Laura Street, Suite 3900<br>Jacksonville, Florida 32202<br>Telephone: (904) 353-2000<br>Facsimile: (904) 358-1872<br><br>*Counsel for Defendants* | **Kevin W. Cox, Esq.**<br>kevin.cox@hklaw.com<br>shannon.veasey@hklaw.com<br>HOLLAND & KNIGHT LLP<br>315 South Calhoun Street, Suite 600<br>Tallahassee, Florida 32301<br>Telephone: (850) 425-5624<br>Facsimile: (850) 224-8832<br><br>*Counsel for Defendants* |